Edward Thomas SEYMOUR, III, Plaintiff—Appellant,

v.

Deputy BASHAM; Deputy Botteler; John A. Bartlett, Jr., Calvert County Sheriff; R.A. Figueris, Deputy, Badge # 1215; A.C. Moschetto, Deputy, Badge # 4341; Calvert County Sheriff's Office; Deputys Name in Statement; Deputys Depicted But Unknown, Defendants—Appellees,

and

Lisa Ridge, Assistant States Attorney; Sheila Sullivan, Assistant Public Defender; Unknown Participating Officers in A & B Arrest, Defendants.

No. 04–6140.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 19, 2004.

Edward Thomas Seymour, III, Appellant pro se. John Francis Breads, Jr., Local Government Insurance Trust, Columbia, Maryland, for Appellees.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Edward Thomas Seymour, III appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Seymour v. Basham,* Nos. CA–03–1009–1–MJG; CA–03–1138–1–MJG (D.Md. filed Dec. 23, 2003 & entered Dec. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*